IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GERALD A. BRADFORD,          :

    Plaintiff,               :

vs.                          :      CA 13-0636-WS-C

POPEYE'S RESTAURANT,         :

    Defendant.

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 16, 2014 is **ADOPTED** as the opinion of this Court.

**DONE** this 13th day of February, 2014.


                      **s/WILLIAM H. STEELE**
                      **CHIEF UNITED STATES DISTRICT JUDGE**