# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| GERALD A. BRADFORD, | : | |
| Plaintiff, | : | |
| vs. | : | CA 13-0636-WS-C |
| POPEYE'S RESTAURANT, | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and abide by this Court's order dated December 30, 2013.

**DONE** this 13th day of February, 2014.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**